FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2022

No. 04-22-00763-CR

David **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10410
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

One of the court reporters responsible for preparing the reporter's record in this appeal, Mary Beth Sasala, has filed a notification of late record, requesting an extension of time to file her part of the reporter's record. Her extension request is GRANTED. Ms. Sasala's part of the reporter's record is due on or before January 17, 2023.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court